ROBERT G. HULTENG (SBN 071293)
rhulteng@littler.com
DAMON M. OTT (SBN 215392)
dott@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone:  (415) 433-1940
Facsimile:   (415) 743.6663

Attorneys for Defendants
VELOCITY EXPRESS LEASING, INC. AND
VELOCITY EXPRESS, INC.

[ADDITIONAL COUNSEL LISTED ON PAGE FOLLOWING CAPTION]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PHILIP JONES and KIM KEO, individually, and on behalf of all others similarly situated and the California general public; and DOES 1 through 1000, inclusive,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VELOCITY EXPRESS LEASING, INC. also known as VELOCITY EXPRESS LEASING WEST COAST, INC., a Delaware Corporation; VELOCITY EXPRESS, INC., a Delaware Corporation; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No. C08-00773 VRW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE ENE SESSION**<br><br>Judge:　　Hon. Vaughn R. Walker<br>Dept.:　　6<br>Hearing:　N/A<br>Date:　　　N/A<br>Time:　　　N/A<br>Complaint Filed:　Nov. 6, 2007 |

Joint Stipulation to Continue ENE Session

1  LAW OFFICES OF STEPHEN GLICK
   Stephen Glick (SBN 59404)
2  *sglick@glicklegal.com*
   1055 Wilshire Blvd., Suite 1480
3  Los Angeles, CA 90017
   Telephone:  (213) 387-3400
4  Facsimile:  (213) 387-782

5  Daniels, Fine, Israel, Schonbuch & Lebovits, LLP
   Scott A. Brooks (SBN 160115)
6  *brooks@dfis-law.com*
   1801 Century Park East, Ninth Floor
7  Los Angeles, California 90067
   Telephone (310) 556-7900
8  Facsimile (310) 556-2807

9  LAW OFFICES OF IAN HERZOG
   Ian Herzog (SBN 41396)
10 *IH@avlaw.info*
   233 Wilshire Boulevard, Suite 550
11 Santa Monica, California 90405
   Telephone (310) 458-6660
12 Facsimile (310) 458-9065

13 Attorneys for Plaintiffs
   PHILIP JONES and KIM KEO, individually and on behalf of all others similarly
14 situated and the California general public

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation to Continue ENE Session    2

1  SUBJECT TO COURT APPROVAL, the parties to the above-referenced
2  action, by and through their undersigned attorneys, hereby stipulate and
3  respectfully request that the deadline to complete early neutral evaluation in this
4  matter be continued by a period of twenty-one (21) days from the current deadline
5  of July 21, 2008. The parties contend that good cause exists for an extension of
6  time for the following reason:
7      1.  Pursuant to ADR Local Rule 5-7, the parties participated in a
8  scheduling call with neutral evaluator Martin H. Dodd on July 2, 2008. During the
9  call, the parties and evaluator agreed to participate in an ENE session on July 22,
10 2008 (one day after the end of the 90 day period established by ADR Local Rule 5-
11 4).
12     2.  On June 20, 2008, Stephen Glick, one of the lead trial attorneys for
13 Plaintiffs, underwent surgery. Due to complications, his recovery time has been
14 slowed, thereby delaying his return to work. As a result of this delay, Mr. Glick is
15 unable to attend an ENE session during the week of July 21 (including the
16 currently scheduled July 22 session).
17     3.  As lead counsel, Mr. Glick desires and intends to actively participate
18 in the ENE process, including attending the in-person ENE session. Plaintiffs
19 hereby represent that Mr. Glick's participation in the ENE process is important to
20 the proper representation of Plaintiffs and their claims.
21     4. In addition, as the Court is well aware, the ADR Handbook requires the
22 attendance of the lead trial attorney for each party.

Joint Stipulation to Continue ENE Session

5. To accommodate Mr. Glick's condition, Defendant willingly enters into this Stipulation. However, Defendant hereby reserves the right to later move the Court to stay the ENE process altogether pending resolution of its recently filed Motion to Coordinate or Consolidate pre-trial proceedings. Defendant reserves this right based on its view that if this case were to be coordinated or consolidated, engaging in the ENE process on this case alone—without consideration of the other actions—would be unproductive. For similar reasons, Defendant is hesitant to proceed with the ENE process prior to a determination on its motion to coordinate/consolidate. Consequently, if the motion is not decided in time to complete the ENE process within the extended time, Defendant expects that it will seek an additional stipulation or, if unsuccessful, to file a motion under ADR Local Rule 5.5 to extend the deadline to complete the ENE session indefinitely, pending the outcome of Defendant's Motion to Coordinate or Consolidate.

DATED: July 14, 2008

LITTLER MENDELSON

By _____
Robert G. Hulteng
Damon M. Ott
Attorneys for Defendants
VELOCITY EXPRESS LEASING, INC.
and VELOCITY EXPRESS, INC.

DATED: July 14, 2008

LAW OFFICES OF STEPHEN GLICK

DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS LLP

LAW OFFICES OF IAN HERZOG

By _____
Stephen Glick
Scott A. Brooks
Attorneys for Plaintiffs
PHILIP JONES and KIM KEO individually and on behalf of all others similarly situated and the California general public

Joint Stipulation to Continue ENE Session         4

# [PROPOSED] ORDER

Based on the foregoing Stipulation, and good cause having been shown,

IT IS HEREBY ORDERED that the time period for completion of the ENE process in this case shall be continued for a period twenty-one (21) days from the current deadline of July 21, 2008. This order shall not preclude either party from seeking by stipulation or noticed motion an additional extension of time to complete the ENE session.

Firmwide:85836857.1 057214.1004

Dated: July 16, 2008

**GRANTED**

/s/ Vaughn R Walker
Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joint Stipulation to Continue ENE Session